```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                            OCT 1 2 2018

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RALPH MEJIA,<br>LUIS RUVALCABA, and<br>LUIS OROZCO,<br><br>      Defendants. | CR No. 18-CR00705-JAK<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

    Beginning on a date unknown, but no later than on or about August 15, 2018, and continuing until on or about September 13, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants RALPH MEJIA ("MEJIA"), LUIS RUVALCABA ("RUVALCABA"), and LUIS OROZCO ("OROZCO"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute and possess with intent to

distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.  <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendants MEJIA and RUVALCABA would agree to sell methamphetamine to drug customers.

2. Defendants RUVALCABA and OROZCO would meet with the drug customers to complete the sale.

3. Defendant OROZCO would bring the methamphetamine to the location of the sale to provide it to defendant RUVALCABA and the drug customers.

4. Defendant MEJIA would contact defendant RUVALCABA for updates on the methamphetamine sale.

C.  <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants MEJIA, RUVALCABA, and OROZCO, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1:</u>  On or about August 15, 2018, in Sioux City, Iowa, defendant MEJIA, using coded language, told an individual he believed to be a drug customer, but who was, in fact, a confidential source who was working at the direction of the Drug Enforcement

Administration ("DEA") ("CS-1"), that defendant MEJIA would sell 30 kilograms of methamphetamine to CS-1 for $3,000 per kilogram.

Overt Act No. 2:   On or about August 15, 2018, defendant MEJIA called defendant RUVALCABA to arrange for defendant RUVALCABA to supply methamphetamine for sale to CS-1.

Overt Act No. 3:   Between on or about August 23, 2018 and on or about August 26, 2018, using coded language in telephone conversations, defendant MEJIA told CS-1 that defendant MEJIA would meet with CS-1 in Los Angeles, California to sell CS-1 the methamphetamine, and that the price of the methamphetamine had increased from $3,000 to $3,600 per kilogram.

Overt Act No. 4:   On or about August 29, 2018, in Los Angeles, California, defendants MEJIA and RUVALCABA met with CS-1 and another person defendants MEJIA and RUVALCABA believed was a drug purchaser working with CS-1, but who was, in fact, also a confidential source working for the DEA ("CS-2").  At the meeting, using coded language, defendants MEJIA and RUVALCABA said the methamphetamine they planned to sell to CS-1 and CS-2 had not yet arrived, and that they would need to postpone the drug sale by approximately another week.

Overt Act No. 5:   On or about September 11, 2018, using coded language in a telephone conversation, defendant RUVALCABA said he would sell 50 kilograms of methamphetamine to CS-2 in two stages on September 12, 2018; specifically, defendant RUVALCABA would bring approximately half of the methamphetamine to CS-2 when defendant RUVALCABA met with CS-2 at 12:15 p.m. on September 12, 2018, and defendant RUVALCABA would then provide the other half at approximately 5:00 p.m. on the same day.

<u>Overt Act No. 6</u>:   On or about September 12, 2018, using coded language in a telephone conversation, defendant RUVALCABA told CS-2 that defendant RUVALCABA would sell only 12 kilograms to CS-2 at the 12:15 p.m. meeting, but that defendant RUVALCABA would later supply additional kilograms of methamphetamine to CS-2.

<u>Overt Act No. 7</u>:   On or about September 12, 2018, defendant OROZCO picked up a blue bag containing approximately 12.3 kilograms of methamphetamine from 730 Alamitos Avenue, Apartment B, in Long Beach, California.

<u>Overt Act No. 8</u>:   On or about September 12, 2018, using coded language in a telephone conversation, defendant RUVALCABA and CS-2 agreed to meet in the parking lot of the Lakewood Center Mall, in Lakewood, California (the "Mall Parking Lot") to complete the methamphetamine sale.

<u>Overt Act No. 9</u>:   On or about September 12, 2018, defendant RUVALCABA and defendant OROZCO agreed to meet at the Mall Parking Lot.

<u>Overt Act No. 10</u>:   On or about September 12, 2018, defendant RUVALCABA drove to the Mall Parking Lot to meet with CS-2.

<u>Overt Act No. 11</u>:   On or about September 12, 2018, defendant OROZCO drove to the Mall Parking Lot with the blue bag containing approximately 12.3 kilograms of methamphetamine in his car to deliver to defendant RUVALCABA.

<u>Overt Act No. 12</u>:   On or about September 12, 2018, defendants RUVALCABA and OROZCO met with CS-2 and showed CS-2 the blue bag containing approximately 12.3 kilograms of methamphetamine for CS-2 to purchase.

<u>Overt Act No. 13</u>:  On or about September 13, 2018, defendant MEJIA, in telephone calls and text messages, attempted to contact defendant RUVALCABA for an update on the methamphetamine sale.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about September 12, 2018, in Los Angeles County, within the Central District of California, defendants RALPH MEJIA, LUIS RUVALCABA, and LUIS OROZCO, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 12.3 kilograms, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

SARA B. MILSTEIN
Assistant United States Attorney
General Crimes Section